D/F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DONALD NIXON, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

TESLA, INC.

        Defendant.

Case No. 1:18-cv-06096-NGG-PK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Donald Nixon ("Plaintiff") and Defendant Tesla, Inc ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

Dated:    Queens, New York
            April 11, 2019

| Morrison & Foerster LLP | SHALOM LAW, PLLC |
|---|---|
| By: [signature] | By: /s/*Jonathan Shalom* |
| David McDowell | Jonathan Shalom |
| 707 Wilshire Boulevard, | 124-04 Metropolitan Avenue |
| Los Angeles, CA 90017 | Kew Gardens, NY 11347 |
| Telephone: 1 (213) 892-5383 | Telephone: (718) 971-9474 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

So ordered.

s/Nicholas G. Garaufis
4/17/19